THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JAY MITCHELL, MARGARET ACQUISTA and JESSICA NORMAN, Appellants.

Argued October 7, 1946; decided October 18, 1946.

*Stanley A. Katcher* for Jay Mitchell and Jessica Norman, appellants.

*Morris L. Ernst, Alexander Lindey* and *Theodora S. Zavin* for The Society of Magazine Photographers, *amicus curiæ*.

*Frank S. Hogan, District Attorney* (*Whitman Knapp* and *David Du Vivier* of counsel), for respondent.

Judgments reversed and informations dismissed upon the ground that the evidence was insufficient to establish the guilt of any of the defendants beyond a reasonable doubt. No opinion.

Concur: LEWIS, CONWAY, THACHER, DYE and FULD, JJ. LOUGHRAN, Ch. J., and DESMOND, J., concur as to the defendants Acquista and Norman, but dissent and vote to affirm the judgment as to the defendant Mitchell.